| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>ROBERTS, VICTORIA A. | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>05/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
231 W. LAFAYETTE BLVD ROOM 123
DETROIT, MI. 48226

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | UNIVERSITY OF MICHIGAN PAYROLL OFFICE - SALARY | $19,083.00 |
| 2. 2014 | SOBLE & ROWE - COLLECTION OF AMOUNT FOR PAST SERVICES | $70,575.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDICIAL CENTER | 03-18-2014 TO 03-21-2014 | NEW YORK UNIVERSITY SCHOOL OF LAW | WORKSHOP ON EMPLOYMENT LAW FOR FEDERAL JUDGES | AIRFARE, HOTEL, MEALS, TAXI, MILEAGE, ROOM TAXES AND AGENCY FEES |
| 2. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | 01-05-2014 TO 01-10-2014 | NEW YORK | MEDIATOR - CITY OF DETROIT BANKRUPTCY NEGOTIATIONS | AIRFARE, HOTEL, MEALS, TAXI, MILEAGE, ROOM TAXES, AGENCY FEES AND TIPS |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SIMONE ROAD, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 2. JUDY CIRCLE, L.L.C., Wayne County MI | C | Rent | K | W | | | | | |
| 3. FAIRVIEW DRIVE, L.L.C., Wayne County MI | B | Rent | K | W | | | | | |
| 4. DOVER ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 5. BURGER ROAD, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 6. DEARBORN HEIGHTS, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 7. PALMER ROAD, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 8. KNOLSON ROAD, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 9. JP MORGAN CHASE - SAVINGS | D | Interest | K | T | | | | | |
| 10. DAIMLER AG - COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. ANN ARBOR TRAIL ASSOC., L.L.C., Wayne County MI | C | Rent | K | W | | | | | |
| 12. JP MORGAN CHASE - CHECKING | A | Interest | J | T | | | | | |
| 13. RENTAL HOUSE - DETROIT, MI. | A | Rent | M | W | | | | | |
| 14. CHARLES SCHWAB: | | | | | | | | | |
| 15. -AMERICAN CENTURY DIVERSIDIED BOND FUND | A | Dividend | | | Sold | 03/18/14 | J | A | |
| 16. -BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | | | Sold | 03/18/14 | J | A | |
| 17. -DELAWARE DIVERSIFIED INCOME FUND | A | Dividend | | | Sold | 03/18/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FIRST EAGLE GLOBAL CLASS I | A | Dividend | | | Sold | 03/18/14 | J | A | |
| 19. -FRANKLIN MUTUAL GLOBAL DISCOVERY FUND | A | Dividend | | | Sold | 03/18/14 | J | A | |
| 20. -VOYA CORPORATE LEADERS TRUST FUND | A | Dividend | K | T | Buy (add'l) | 03/18/14 | K | | |
| 21. -IVY ASSET STRATEGY FUND CLASS I | A | Dividend | | | Sold | 07/10/14 | J | B | |
| 22. -CLEARBRIDGE APPRECIATION FUND | A | Dividend | J | T | | | | | |
| 23. -OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | | | Sold | 03/18/14 | J | A | |
| 24. -PERMANENT PORTFOLIO FUND | A | Dividend | | | Sold | 03/18/14 | J | A | |
| 25. -RS PARTNERS FUND CLASS Y | A | Dividend | | | Sold | 03/18/14 | J | A | |
| 26. -TEMPLETON GLOBAL BOND FUND | A | Dividend | | | Sold | 03/18/14 | J | A | |
| 27. -YACKTMAN FOCUSED FUND | A | Dividend | | | Sold | 03/18/14 | J | A | |
| 28. -ML BANK DEPOSIT PROGRAM | A | Interest | | | Closed | 01/17/14 | K | | |
| 29. -CHARLES SCHWAB DEPOSIT ACCOUNT | A | Interest | K | T | Open | 01/17/14 | K | | |
| 30. -CAPITAL ONE FINANCIAL CP | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 31. -LEAR CORPORATION | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 32. -GUGGENHEIM S&P 500 EQUAL WT INDX FD | A | Dividend | K | T | Buy | 09/15/14 | K | | |
| 33. -MARKET VECTORS INTERMEDIATE MUNI INDEX | A | Dividend | K | T | Buy | 03/18/14 | K | | |
| 34. -POWERSHARES DWA SMALLCAP MOMENTUM PORTFOLIO | A | Dividend | K | T | Buy | 09/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35.  -POWERSHARES S&P SMALLCAP LOW VOLATILITY PORTFOLIO | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 36.  POWERSHARES FTSE RAFI DEVELOPED MKT | A | Dividend | J | T | Buy | 09/10/14 | J | | |
| 37.  SECTORS SPDR UTIL SELECT | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 38.  VANGUARD REIT | A | Dividend | J | T | Buy | 09/10/14 | J | | |
| 39.  VANGUARD TELECOMMUN SVCS | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 40.  CHARLES SCHWAB - IRA: | | | | | | | | | |
| 41.  -AMERICAN CENTURY DIVERSIDIED BOND FUND | A | Dividend | | | Sold | 03/18/14 | L | A | |
| 42.  -BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | | | Sold | 03/18/14 | L | D | |
| 43.  -DELAWARE DIVERSIFIED INCOME FUND | B | Dividend | L | T | | | | | |
| 44.  -FIRST EAGLE GLOBAL FUND | A | Dividend | L | T | | | | | |
| 45.  -FRANKLIN MUTUAL GLOBAL DISCOVERY FUND | A | Dividend | K | T | | | | | |
| 46.  -VOYA CORPORATE LEADERS TRUST FUND | A | Dividend | | | Sold | 03/18/14 | K | D | |
| 47.  -IVY ASSET STRATEGY FUND CLASS I | B | Dividend | K | T | | | | | |
| 48.  -CLEARBRIDGE APPRECIATION FUND | A | Dividend | | | Sold | 03/18/14 | K | D | |
| 49.  -OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | K | T | | | | | |
| 50.  -PERMANENT PORTFOLIO FUND | A | Dividend | | | Sold | 03/18/14 | L | A | |
| 51.  -RS PARTNERS FUND CLASS Y | A | Dividend | | | Sold | 12/23/14 | K | A | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -TEMPLETON GLOBAL BOND FUND | B | Dividend | L | T | Sold (part) | 12/23/14 | K | A | |
| 53. -TRANSAMERICA SYSTEMATIC SMALL/MID CAP VALUE FUND | A | Dividend | J | T | | | | | |
| 54. -YACKTMAN FOCUSED FUND | A | Dividend | K | T | Sold (part) | 12/23/14 | J | C | |
| 55. -MERK CO, INC. | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 56. -LOOMIS SAYLES BOND FUND | B | Interest | L | T | Buy | 03/18/14 | L | | |
| 57. -VANGUARD INTERM BOND | A | Interest | K | T | Buy | 07/10/14 | K | | |
| 58. -GUGGENHEIM S&P 500 EQUAL WEIGHT | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 59. -ISHARES TR BOND 1-3 YEAR | A | Interest | K | T | Buy | 03/18/14 | K | | |
| 60. -ISHARE TR INTL SELECT DIVIDEND ETF | B | Dividend | K | T | Buy | 03/18/14 | K | | |
| 61. -ISHARE TRUST MSCI EAFE SMALL CAP ETF | A | Dividend | J | T | Buy | 07/10/14 | J | | |
| 62. -MKT VECTORS BIOTECH ETF | A | Dividend | J | T | Buy | 03/18/14 | J | | |
| 63. -POWERSHARES DWA SMALLCAP MOMENTUM ETF | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 64. VANGUARD GROWTH | B | Dividend | L | T | Buy | 03/18/14 | L | | |
| 65. -WISDOMTREE EQUITY INC HIGH YIELD EQUITY | B | Dividend | L | T | Buy | 03/18/14 | K | | |
| 66. -WISDOMTREE MIDCAP DIVIDEND | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During 2013 and prior years certain stock and bond investments were held at Merrill Lynch. These were reported under the headings Merrill Lynch and Merrill Lynch IRA. During 2014 these investments were transferred to Charles Schwab. These stock and bond investments are now being reported under the headings of Charles Schwab and Charles Schwab IRA.

ING Corporate Leaders Trust is changed to VOYA Corporate Leaders Trust. ING had a name change to VOYA during 2014. This is the same fund as 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **VICTORIA A. ROBERTS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544